08/Aug. 3. 2005 1:03PM 42:Isbester & Associates.                    No. 1223  P. 2/0

**FILED**

AUG - 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   ELLIOTT D. OLSON (Bar No. 041501)
2  GREGORY READ (Bar No. 49713)
   FREDERIC F. GRANNIS (Bar No. 185119)
3  801 South Figueroa Street, 18th Floor
   Los Angeles, California 90017-5556
4  Telephone: (213) 426-6900
   Facsimile: (213) 426-6921
5
   Attorneys for Defendant
6  CATERPILLAR INC. (erroneously sued
   and served as "CATERPILLAR, INC.")
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  San Francisco Division

11

12 HEALTHTRAC CORPORATION, a      CASE NO. C05-2727-MHP
   Nevada corporation,
13                                STIPULATION EXTENDING
       Plaintiff,                 DEFENDANT CATERPILLAR
14                                INC.'S TIME TO ANSWER OR
   v.                             OTHERWISE RESPOND TO
15                                COMPLAINT
   CATERPILLAR, INC., a Delaware
16 corporation,

17     Defendant.

18

19     IT IS HEREBY STIPULATED under Civil Local Rule 6-1(a) by and

20 between the parties hereto, by and through the respective attorneys of record, that

21 the time for defendant Caterpillar Inc. to answer or otherwise respond to the

22 Complaint shall be extended for thirty (30) days until September 2, 2005.

23

24 Dated: August 3, 2005        ISBESTER & ASSOCIATES, LLP

25

26                              By: /s/ A. James Isbester
27                                  A. James Isbester
                                    Attorneys for Plaintiff
28                                  HEALTHTRAC CORPORATION

                                        -1-
LA/610568v1                               Stip to Extend Time to Respond to Complaint
                                                                      C05-2727-MHP

| | |
|---|---|
| Dated: August 3, 2005 | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br><br>By: _____<br>Elliott Olson<br>Gregory Read<br>Frederic F. Grannis<br>Attorneys for Defendant<br>CATERPILLAR INC. |

8/4/05

**IT IS SO ORDERED**

_____
U.S. DISTRICT JUDGE