To: Vickie Hopper    Page 4 of 5              2005-09-27 14:52:25 (GMT)              215-689-2542 From: Curtis Staropoli
09/26/2005 09:42 FAX 213 426 6921        S D M A                                        ☒003
09-23-2005 01:30   LAW OFFICES C STAROPOLI 2156892542

**FILED**

SEP 2 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  LAW OFFICES OF C. CURTIS STAROPOLI, LLC
   C. CURTIS STAROPOLI (Pro Hac Vice)
2  Two Penn Center Plaza, Suite 200
   Philadelphia, PA 19102
3  Telephone: (215)-854-4019
   Facsimile: (215)-426-6921
4
   ISBESTER & ASSOCIATES, LLP
5  A. JAMES ISBESTER (SBN 129820)
   3160 College Avenue, Suite 203
6  Berkeley, CA 94705
   Telephone: (510)-655-3014
7  Facsimile: (510)-635-3614

8  ATTORNEYS FOR PLAINTIFF,
   Healthtrac Corporation
9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11
                      San Francisco Division
12

13 HEALTHTRAC CORPORATION, a          CASE NO. C05-2727-MHP
   Nevada Corporation
14                                    STIPULATION EXTENDING PLAINTIFF
       Plaintiff,                     HEALTHTRAC CORPORATION'S TIME
15                                    TO ANSWER OR OTHERWISE RESPOND
                                      TO COUNTERCLAIM, ~~STIPULATION
16  v.                                EXTENDING TIME FOR PLAINTIFF
                                      HEALTHTRAC CORPORATION'S TIME
17                                    TO FILE REPLY TO MOTION TO
                                      TRANSFER VENUE AND EXTENDING
18 CATERPILLAR INC., a Delaware       TIME FOR CATERPILLAR'S REPLY
                                      BRIEF IN SUPPORT OF MOTION TO
19 Corporation,                       TRANSFER VENUE~~

20     Defendant.

21

22
         IT IS HEREBY STIPULATED under Civil Local Rule 6-1(a) by and between the parties
23
   hereto, by and through their respective of attorneys of record, as follows:
24
         1.   The time for Plaintiff to answer or otherwise respond to the Counterclaim of
25
   Defendant Caterpillar Inc. ("Caterpillar") shall be extended until October 16, 2005;
26
   ~~2.   The time for Plaintiff to file its Opposition to Caterpillar's Motion to Transfer shall
27
   be extended until October 21, 2005; and~~
28

To: Vickie Hopper   Page 5 of 5        2005-09-27 14:52:25 (GMT)        215-689-2542 From: Curtis Staropoli

09/26/2005 09:42 FAX 213 426 6821        S D M A                                    ☒004

09-23-2005 01:30   LAW OFFICES C STAROPOLI 2156892542                                PAGE3

1  ~~7.  The time for Caterpillar to file its Reply Brief to Plaintiff's Opposition to its Motion~~
2  ~~to Transfer shall be extended until October 26, 2005.~~

3

4  Dated: September 23, 2005              SEDGWICK, DETERT, MORAN & ARNOLD, LLP

5
                                          By: _____
6                                              Frederic Grannis
                                               Attorneys for Defendant Caterpillar, Inc.
7

8

9  Dated: September 23, 2005              LAW OFFICES OF C. CURTIS STAROPOLI, LLC
10
                                          By: _____
11                                             Curtis Staropoli
12                                             Attorneys for Plaintiff Healthtrac
                                               Corporation, Inc.
13

14

15

16                              9/28/05    IT IS SO ORDERED

17                                         _____
18                                         U.S. DISTRICT JUDGE

19

20

...

- 2 -