1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEALTHTRAC CORPORATION, a Nevada
Corporation

        Plaintiff,

    v.

CATERPILLAR INC., a Delaware Corporation

        Defendants.

_____/

No. C 05-2727 MHP

**ORDER**
**Re: Defendant's Objections to**
**Plaintiff's Declarations Filed in**
**Opposition to Defendant's Motion to**
**Transfer Venue**

      On July 5, 2005, plaintiff Healthtrac Corp. filed a complaint and request for injunctive relief in this court, alleging generally that defendant Caterpillar Inc. has made improper use of plaintiff's proprietary business information. Defendant timely answered plaintiff's complaint, and on August 24, 2005 moved to transfer venue to the Central District of Illinois pursuant to 28 U.S.C. section 1404(a). The motion to transfer is noticed for a hearing before this court on October 17, 2005.

      On September 26, 2005, plaintiff timely filed a brief in opposition to defendant's motion to transfer venue. The two declarations accompanying the brief, however, were filed late. The declaration of C. Curtis Staropoli was filed on September 27, 2005, and the declaration of Edward W. Sharpless was filed on October 3, 2005. Defendant's reply to plaintiff's opposition was filed on October 3, 2005, along with its objections to and motion to strike the declarations as being untimely filed under Local Rule 7-3(a). Local Rule 7-3(a) specifies that a brief in opposition and any accompanying declarations must be served and filed not less than twenty-one days before the hearing date. Local Rule 7-3(a). The Staropoli declaration was filed one day late, and the Sharpless declaration was filed seven days late.

1    Having considered the parties' submissions, the court finds and orders the following.

2    1.    The parties are reminded that "[f]ailure by counsel or a party to comply with any duly

3          promulgated local rule or any Federal Rule may be a ground for imposition of any authorized

4          sanction." Local Rule 1-4.  The court, however, declines to impose sanctions on plaintiff at

5          this time, and further declines to strike the declarations from the record.  Although the

6          declarations were not timely filed, the bulk of their content echoes plaintiff's opposition

7          brief, and their inclusion in the record is not prejudicial to defendant.

8    2.    Defendant may submit, on or before October 12, 2005, a supplemental reply to plaintiff's

9          opposition.  This supplemental reply shall be limited to any new issues, arguments, or

10         statements of fact contained in the Staropoli and Sharpless declarations, and shall be no

11         longer than five pages in length.

12   3.    The parties shall submit no further memoranda or declarations in connection with the

13         currently pending motions until further notice by the court.

14

15   IT IS SO ORDERED._____

16

17

18   _____

19   Dated: October 7, 2005_____        _____

20                                                  MARILYN HALL PATEL
                                                    District Judge
21                                                  United States District Court
                                                    Northern District of California

22

23

24

25

26

27

28

                                   2