UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEALTHTRAC CORPORATION, a Nevada
Corporation

           Plaintiff,

   v.

CATERPILLAR INC., a Delaware Corporation

           Defendants.

_____/

No. C 05-2727 MHP

**ORDER**
**Re: Request for Leave to File a**
**Motion to Dismiss**

    On July 5, 2005, plaintiff Healthtrac Corp. filed a complaint and request for injunctive relief in this court, alleging generally that defendant Caterpillar Inc. has made improper use of plaintiff's proprietary business information.  The complaint states six claims: (1) breach of contract; (2) misappropriation of trade secrets; (3) violation of the California Uniform Trade Secrets Act ("UTSA") and the Illinois Trade Secrets Act ("ITSA"); (4) breach/misuse of confidential relationship; (5) conversion; and, (6) breach of fiduciary duty.  Defendant timely answered plaintiff's complaint.  Now before the court are defendant's motion to transfer venue to the Central District of Illinois and, in the alternative, defendant's request for leave to file a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6).  The motion to transfer is noticed for a hearing before this court on October 17, 2005, at 2:00 p.m.

    Defendant's proposed motion to dismiss asserts that plaintiff's second, fourth, fifth, and sixth claims should be dismissed for a variety of reasons, including preemption by the UTSA and the ITSA.  In response, plaintiff has offered to amend its complaint in order to address and eliminate the issues raised by defendant's proposed motion to dismiss.  Plaintiff has indicated that it intended to

UNITED STATES DISTRICT COURT
For the Northern District of California

1   forward to defendant, on or before October 1, 2005, a proposed amended complaint together with a

2   request for stipulation that leave to file the amended complaint be granted.

3        After reviewing and considering these and other documents in the record, the court finds and

4   orders the following:

5   1.     Plaintiff shall file a proposed amended complaint on or before October 12, 2005.  The

6        proposed amended complaint shall be accompanied either by a motion for leave to amend, or

7        by defendant's stipulation that amendment should be permitted.

8   2.     The court will consider the motion to transfer venue, the proposal to amend the complaint,

9        and any other relevant motions at the October 17, 2005 hearing.

10

11   IT IS SO ORDERED._____

12

13

14   _____

15   Dated:_October 7, 2005_____   _____

16   MARILYN HALL PATEL
     District Judge

17   United States District Court
     Northern District of California

18

19

20

21

22

23

24

25

26

27

28

2