SEDGWICK, DETERT, MORAN & ARNOLD
ELLIOTT D. OLSON        Bar No. 041501
 elliott.olson@sdma.com
FREDERIC F. GRANNIS     Bar No. 185119
 frederic.grannis@sdma.com
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017-5556
Telephone:    (213) 426-6900
Facsimile:    (213) 426-6921
     and
SEDGWICK, DETERT, MORAN & ARNOLD
GREGORY READ           Bar No. 049713
 gregory.read@sdma.com
WARREN KRAUSS          Bar No. 049568
 warren.krauss@sdma.com
One Market Plaza, 8th Floor
San Francisco, California 94104
Telephone:    (415) 781-7900
Facsimile:    (415) 781-2635

Attorneys for Defendant
CATERPILLAR INC. (erroneously sued and served herein as "CATERPILLAR, INC.")

ISBESTER & ASSOCIATES, LLP
A. JAMES ISBESTER      Bar No. 129820
 jamie@iandalaw.com
3160 College Avenue, Suite 203
Berkeley, CA 94705
Telephone:    (510) 655-3014
Facsimile:    (510) 655-3614
     and
LAW OFFICES OF C. CURTIS STAROPOLI, LLC
CURTIS STAROPOLI
 ccs@cstaropolilaw.com
Two Penn Center, Suite 200
Philadelphia, PA 19102
Telephone:    (215) 854-4019
Facsimile:    (215) 689-2542

Attorneys for Plaintiff
HEALTHTRAC CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HEALTHTRAC CORPORATION, a Nevada Corporation<br><br>    Plaintiff,<br><br>v.<br><br>CATERPILLAR, INC., a Delaware corporation;<br><br>    Defendant.<br>AND RELATED COUNTER-CLAIM | CASE NO.   3:05-CV-02727 MHP<br><br>DATE:     January 30, 2006<br>TIME:     2:00 p.m.<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CATERPILLAR'S MOTION TO DISMISS AND ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT** |

-1-

1   WHEREAS, on or about December 21, 2005, Caterpillar Inc. filed a motion under Rule 12(b)(6) and (e) of the Federal Rules of Civil Procedure for an Order dismissing Counts Two and Four of Healthtrac Corporation's Amended Complaint or, in the alternative, for an Order requiring a more definite statement of Count Two;

WHEREAS, the hearing on said motion is scheduled for January 30, 2006, at 2:00 p.m., before United States District Court Judge, Marilyn H. Patel;

WHEREAS, Healthtrac agrees to the dismissal of Count Four of the Amended Complaint for Statutory Unfair Competition, under California Business and Professions Code section 17200-17210 (West 2005); and

WHEREAS, Healthtrac agrees, subject to the conditions stated herein, to an Order requiring a more definite statement of Count Two for alleged breach of the termination for convenience provisions of the October 2002 Contract.

IT IS HEREBY STIPULATED by and between the parties hereto, by and through the respective attorneys of record, as follows:

1.  Count Four of the Amended Complaint for Statutory Unfair Competition under California Business and Professions Code section 17200-17210 (West 2005) shall be dismissed without leave to amend;

2.  Healthtrac Corporation shall, within 30 days of the date of the Order entered based on this Stipulation, file a Second Amended Complaint, deleting Count Four and providing additional and more definite allegations for the basis of Count Two.

3.  Healthtrac Corporation, at least fifteen (15) days before filing the Second Amended Complaint, shall provide Caterpillar with a copy of its proposed Second Amended Complaint, either by e-mail, facsimile transmission, or other means reasonably calculated to effect same-day transmission.

4.  Caterpillar will thereafter have ten (10) days following receipt to notify Healthtrac in writing of the legal basis for any objections it has to the proposed Second Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) or (e), such that Healthtrac may (if it deems necessary) change the allegations of its proposed pleading to

1  address the objections raised by Caterpillar.

2      5.    If Caterpillar fails to provide written notice of its objections to the proposed Second Amended Complaint as set forth above, it may not thereafter object to the Second Amended Complaint by motion under Rule 12(b)(6) or 12(e).

    6.    If Caterpillar provides Healthtrac with written notice of its objections in accordance with this stipulated order, Caterpillar shall be entitled (should it choose to do so) to object to the proposed Second Amended Complaint by motion under Rule 12(b)(6) or 12(e).

    7.    The parties request that the January 30, 2006 hearing on Caterpillar's motion be taken off calendar.

    8.    This Stipulation relates only to motions that Caterpillar may file in response to the Second Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) or 12(e). This Stipulation shall not be construed as a waiver of Caterpillar's right to file other motions or to assert any affirmative defense, objection, counter claim, off-set, or any other matter in response to plaintiff's claims. Caterpillar expressly reserves the right file any other motion permitted by the Federal Rules of Civil Procedure and applicable law.

Dated: January 24, 2006    Law Office of C. Curtis Staropoli, LLC

By:   /s/ Curtis Staropoli
       Curtis Staropoli
       Attorneys for Plaintiff
       HEALTHTRAC CORPORATION

///
///
///

LA/629274v2    Stipulation and [proposed] Order: 05cv02727

| | |
|---|---|
| Dated: January 24, 2006 | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br><br>By: _____<br>Gregory C. Read<br>Frederic F. Grannis<br>Attorneys for Defendant<br>CATERPILLAR INC. |

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: January 25, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel
United States District Court
Northern District of California