UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEALTHTRAC CORPORATION, | No. C 05-02727 MHP |
| Plaintiff(s), | **REFERRAL ORDER** |
| v. | |
| CATERPILLAR, INC., | |
| Defendant(s). | |

This matter is hereby referred to Magistrate Judge Elizabeth D. Laporte for a settlement conference, to be completed within the next sixty to ninety days.

Dated: June 22, 2007

MARILYN HALL PATEL
United States District Judge