1  SEDGWICK, DETERT, MORAN & ARNOLD
   GREGORY READ          Bar No. 049713
2    gregory.read sdma.com
   JAMES YUANXIN LI       Bar No. 135128
3    james.li@sdma.com
   One Market Plaza, 8th Floor
4  San Francisco, California 94104
   Telephone:    (415) 781-7900
5  Facsimile:    (415) 781-2635

        and

6  SEDGWICK, DETERT, MORAN & ARNOLD
   FREDERIC F. GRANNIS    Bar No. 185119
7    frederic.grannis@sdma.com
   801 South Figueroa Street, 18th Floor
8  Los Angeles, California 90017 5556
   Telephone:    (213) 426 6900
   Facsimile:    (213) 426-6921

9  Attorneys for Defendant and Counterclaimant
   CATERPILLAR INC.

10 ISBESTER & ASSOCIATES, LLP
   A. JAMES ISBESTER      Bar No. 129820
11   jamie@iandalaw.com
   3160 College Avenue, Suite 203
12 Berkeley, CA 94705
   Telephone:    (510) 655-3014
13 Facsimile:    (510) 655-3614
        and
14 LAW OFFICES OF C. CURTIS STAROPOLI, LLC
   CURTIS STAROPOLI
     ccs@cstaropolilaw.com
15 Two Penn Center, Suite 200
   Philadelphia, PA 19102
16 Telephone:    (215) 854-4019
   Facsimile:    (215)689-2542

17 Attorneys for Plaintiff and Counterdefendant
   HEALTHTRAC CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HEALTHTRAC CORPORATION, a Nevada Corporation<br><br>Plaintiff,<br><br>v.<br><br>CATERPILLAR, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIM | CASE NO.  3:05-CV-02727 MHP<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE HEARING BY 60 DAYS AND ~~[PROPOSED]~~ ORDER**<br><br>DATE:  October 1, 2007<br>TIME:   3:00 p.m. |

1    Plaintiff and counterdefendant Healthtrac Corporation, and defendant and
2  counterclaimant Caterpillar Inc., respectfully submit this Joint Stipulation to continue the
3  October 1, 2007, Case Management Conference hearing by at least 60 days.
4    1.   Whereas, mediation took place on September 7, 2007, before Judge Elizabeth D.
5  Laporte but did not settle at that time.
6    2.   Whereas, the parties wish to continue their settlement discussions.
7    3.   Whereas, Judge Patel's calendar clerk, Tony Bowser, has informed Plaintiff's
8  counsel that the CMC hearing may be continued in the event the parties wish to continue
9  discussing settlement.
10   The parties hereby stipulate and request that the CMC hearing in this matter be continued
11 by at least 60 days in order that further settlement discussions may be had.
12   SO STIPULATED.
13 Dated: October _1_, 2007        LAW OFFICES OF C. CURTIS STAROPOLI, LLC

By: _C. Curtis Staropoli /GCR_
C. Curtis Staropoli
Attorneys for Plaintiff and Counterdefendant
HEALTHTRAC CORPORATION

Dated: October _1_, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Gregory C. Read
Attorneys for Defendant and Counterclaimant
CATERPILLAR INC.

### ORDER

GOOD CAUSE APPEARING, the Case Management Conferences in this matter shall be continued to __December 3__, 2007, at __3:00__ p:m.

Dated: October _3_, 2007

_____
Judge Marilyn Hall Patel
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Marilyn H. Patel