SEDGWICK, DETERT, MORAN & ARNOLD
GREGORY READ            Bar No. 049713
  gregory.read sdma.com
JAMES YUANXIN LI        Bar No. 135128
  james.li@sdma.com
One Market Plaza, 8th Floor
San Francisco, California 94104
Telephone:   (415) 781-7900
Facsimile:   (415) 781-2635

    and

SEDGWICK, DETERT, MORAN & ARNOLD
FREDERIC F. GRANNIS     Bar No. 185119
  frederic.grannis@sdma.com
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017 5556
Telephone:   (213) 426 6900
Facsimile:   (213) 426-6921

Attorneys for Defendant and Counterclaimant
CATERPILLAR INC.

ISBESTER & ASSOCIATES, LLP
A. JAMES ISBESTER       Bar No. 129820
  jamie@iandalaw.com
3160 College Avenue, Suite 203
Berkeley, CA 94705
Telephone:   (510) 655-3014
Facsimile:   (510) 655-3614
    and
LAW OFFICES OF C. CURTIS STAROPOLI, LLC
CURTIS STAROPOLI
  ccs@cstaropolilaw.com
Two Penn Center, Suite 200
Philadelphia, PA 19102
Telephone:   (215) 854-4019
Facsimile:   (215) 689-2542

Attorneys for Plaintiff and Counterdefendant
HEALTHTRAC CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HEALTHTRAC CORPORATION, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CATERPILLAR, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIM | CASE NO.   3:05-CV-02727 MHP<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE HEARING BY 60 DAYS AND [PROPOSED] ORDER**<br><br>DATE:   December 3, 2007<br>TIME:   3:00 p.m. |

1  Plaintiff and counterdefendant Healthtrac Corporation, and defendant and
2  counterclaimant Caterpillar Inc., respectfully submit this Joint Stipulation to continue the
3  December 3, 2007, Case Management Conference hearing by at least 60 days.

4  1. Whereas, mediation took place on September 7, 2007, before Judge Elizabeth D.
5  Laporte but did not settle at that time.

6  2. Whereas, the parties have been actively engaged in settlement discussions since
7  the mediation and are hopeful that this case may be resolved within the next 60 days.

8  3. Whereas, the parties agree that time-consuming and expensive discovery would
9  not be in the best interests of either party at this time.

10  3. Whereas, the parties were informed in October by the court's calendar clerk that a
11  CMC hearing may be continued at the court's discretion to allow the parties to continue
12  discussing settlement.

13  Therefore, the parties hereby stipulate and request that the CMC hearing in this matter be
14  continued for another 60 days, until a date in February, 2008 convenient with the court's
15  calendar, in order that further settlement discussions may be had.

16  SO STIPULATED.

17  Dated: November 2̶0̶, 2007        LAW OFFICES OF C. CURTIS STAROPOLI, LLC

19  By: *Curtis Staropoli /GCR*
        C. Curtis Staropoli
20      Attorneys for Plaintiff and Counterdefendant
        HEALTHTRAC CORPORATION

21  Dated: November 20, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP

23
24  By: _____
        Gregory C. Read
25      Attorneys for Defendant and Counterclaimant
        CATERPILLAR INC.

26  / / /
27  / / /
28  / / /

## ORDER

GOOD CAUSE APPEARING, the Case Management Conference in this matter shall be continued to February 4, 2008 , ~~2007~~, at 3:00 p.m.

Dated: November 21 , 2007



Judge Marilyn H. Patel
UNITED S

IT IS SO ORDERED

Judge Marilyn H. Patel