1  SEDGWICK, DETERT, MORAN & ARNOLD
   GREGORY READ          Bar No. 049713
2    gregory.read@sdma.com
   JAMES YUANXIN LI      Bar No. 135128
3    james.li@sdma.com
   One Market Plaza, 8th Floor
   San Francisco, California 94104
4  Telephone:    (415) 781-7900
   Facsimile:    (415) 781-2635
5       and
   SEDGWICK, DETERT, MORAN & ARNOLD
6  FREDERIC F. GRANNIS   Bar No. 185119
     frederic.grannis@sdma.com
7  801 South Figueroa Street, 18th Floor
   Los Angeles, California 90017 5556
8  Telephone:    (213) 426 6900
   Facsimile:    (213) 426-6921

9  Attorneys for Defendant and Counterclaimant
   CATERPILLAR INC.
10
   ISBESTER & ASSOCIATES, LLP
11 A. JAMES ISBESTER     Bar No. 129820
     jamie@iandalaw.com
12 3160 College Avenue, Suite 203
   Berkeley, CA 94705
   Telephone:    (510) 655-3014
13 Facsimile:    (510) 655-3614
        and
14 LAW OFFICES OF C. CURTIS STAROPOLI, LLC
   CURTIS STAROPOLI
15   ccs@cstaropolilaw.com
   Two Penn Center, Suite 200
   Philadelphia, PA 19102
16 Telephone:    (215) 854-4019
   Facsimile:    (215)689-2542

17 Attorneys for Plaintiff and Counterdefendant
   HEALTHTRAC CORPORATION

18              UNITED STATES DISTRICT COURT

19            FOR THE NORTHERN DISTRICT OF CALIFORNIA

20                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 21 HEALTHTRAC CORPORATION, a Nevada Corporation | CASE NO. 3:05-CV-02727 MHP |
| 22 | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE HEARING FOR 30 DAYS BASED ON RESOLUTION BY SETTLEMENT AND [PROPOSED] ORDER** |
| 23 Plaintiff, | |
| 24 v. | |
| 25 CATERPILLAR, INC., a Delaware corporation; | DATE: February 4, 2008<br>TIME: 3:00 p.m. |
| 26 Defendant. | |
| 27 AND RELATED COUNTER-CLAIM | |

Plaintiff and counterdefendant Healthtrac Corporation, and defendant and counterclaimant Caterpillar Inc., respectfully submit this Joint Stipulation to continue the February 4, 2008 Case Management Conference hearing for 30 days because the parties have settled this matter and expect all releases to be signed and dismissals filed within 30 days.

Therefore, the parties hereby stipulate and request that the CMC hearing in this matter be continued for 30 days, until a date in late February or early March, 2008 convenient with the court's calendar, in order that the joint release can be fully executed and the dismissals filed with the court..

SO STIPULATED.

Dated: February 4, 2008  LAW OFFICES OF C. CURTIS STAROPOLI, LLC

By: *C. Curtis Staropoli* /s/
C. Curtis Staropoli
Attorneys for Plaintiff and Counterdefendant
HEALTHTRAC CORPORATION

Dated: February 4, 2008  SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Gregory C. Read
Attorneys for Defendant and Counterclaimant
CATERPILLAR INC.

### ORDER

GOOD CAUSE APPEARING, the Case Management Conference in this matter shall be continued to March 3, 2008, at 3:00 p:m. **NO FURTHER CONTINUANCES.**

Dated: February 6, 2008

*IT IS SO ORDERED*
_____ JUDGE
Judge Marilyn H. Patel

3:05-CV-02727 MHP
**JOINT STIPULATION TO CONTINUE CMC HEARING BY 60 DAYS**