SEDGWICK, DETERT, MORAN & ARNOLD
GREGORY READ    Bar No. 049713
 gregory.read@sdma.com
JAMES YUANXIN LI    Bar No. 135128
 james.li@sdma.com
One Market Plaza, 8th Floor
San Francisco, California 94104
Telephone:    (415) 781-7900
Facsimile:    (415) 781-2635

and

SEDGWICK, DETERT, MORAN & ARNOLD
FREDERIC F. GRANNIS    Bar No. 185119
 frederic.grannis@sdma.com
801 South Figueroa Street, 18th Floor
Los Angeles, California 90017 5556
Telephone:    (213) 426 6900
Facsimile:    (213) 426-6921

Attorneys for Defendant and Counter-Claimant
CATERPILLAR INC.

ISBESTER & ASSOCIATES, LLP
A. JAMES ISBESTER    Bar No. 129820
 jamie@iandalaw.com
3160 College Avenue, Suite 203
Berkeley, CA 94705
Telephone:    (510) 655-3014
Facsimile:    (510) 655-3614
 and
LAW OFFICES OF C. CURTIS STAROPOLI, LLC
CURTIS STAROPOLI
 ccs@cstaropolilaw.com
Two Penn Center, Suite 200
Philadelphia, PA 19102
Telephone:    (215) 854-4019
Facsimile:    (215)689-2542

Attorneys for Plaintiff and Counter-Defendant
HEALTHTRAC CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HEALTHTRAC CORPORATION, a Nevada Corporation<br><br>Plaintiff,<br><br>v.<br><br>CATERPILLAR, INC., a Delaware corporation;<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIM | CASE NO.   3:05-CV-02727 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Trial Date: Not Yet Set |

## STIPULATION

Counsel for the parties hereby stipulate that the Complaint and the related Counter-Claim in this matter shall be dismissed with prejudice. Each party shall bear its own fees and costs.

**SO STIPULATED.**

Dated: February 11, 2008

LAW OFFICE OF C. CURTIS STAROPOLI

By: _____
C. Curtis Staropoli
Attorneys for Plaintiff and Counter-Defendant
HEALTHTRAC CORPORATION

Dated: February 13, 2008

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Gregory C. Read
Attorneys for Defendant and Counter-Claimant
CATERPILLAR INC.

## ORDER

The Court hereby dismisses the Complaint and Counter-Claim in this matter with prejudice. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: February 20, 2008

_____
Hon. Marilyn Hall Patel
United States District Judge

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]